IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR, on behalf of herself and all others similarly situated, </br></br> Plaintiffs, </br></br> v. </br></br> CITY OF MARKHAM, </br></br> Defendant. | 07 CV 6116 </br></br> Judge Grady </br></br> Magistrate Judge Ashman |

## UNOPPOSED MOTION OF DEFENDANT, CITY OF MARKHAM'S FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, City of Markham, by and through its counsel, Segal McCambridge Singer & Mahoney, Ltd., moves this court for an extension of time of 30 days, until January 7, 2008, to file a responsive pleading to Plaintiff's Complaint. In support of this motion, Defendant states that it files this motion in good faith and not for the purposes of delay. This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint.

WHEREFORE, Defendant, City of Markham, respectfully requests that this Court grant this motion and enter an order allowing Defendant until January 7, 2008 to file a responsive pleading to Plaintiff's Complaint.

Segal McCambridge Singer & Mahoney

By: /s Misty R. Martin
Misty R. Martin, Esq.
*One of the Defendant, City of Markham*

Kathleen McDonough
Misty R. Martin
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Telephone: 312/645-7800
Fax: 312/645-7711
E-Mail:  kmdonough@smsm.com
         mmartin@smsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Misty R. Martin
Misty R. Martin