IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR,<br>on behalf of herself and all others<br>similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF MARKHAM,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)   07 CV 6116<br>)<br>)   Judge Grady<br>)<br>)   Magistrate Judge Ashman<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION OF DEFENDANT, CITY OF MARKHAM'S FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

      Defendant, City of Markham, by and through its counsel, Segal McCambridge Singer & Mahoney, Ltd., moves this court for an extension of time of five days, until January 11, 2008, to file a responsive pleading to Plaintiff's Complaint. In support of this motion, Defendant states that it files this motion in good faith and not for the purposes of delay. This is Defendant's second request for an extension of time to respond to Plaintiff's Complaint. Plaintiff's counsel has been contacted and assents to this request for a short extension of time.

      WHEREFORE, Defendant, City of Markham, respectfully requests that this Court grant this motion and enter an order allowing Defendant an additional five days, until January 11, 2008 to file a responsive pleading to Plaintiff's Complaint.

                                               Segal McCambridge Singer & Mahoney

                                               By: /s Misty R. Martin
                                                  Misty R. Martin, Esq.
                                                  *One of the Defendant, City of Markham*

                                                  Kathleen McDonough
                                                  Misty R. Martin
                                                  Segal McCambridge Singer & Mahoney
                                                  233 S. Wacker Drive, Suite 5500
                                                  Chicago, IL 60606
                                                  Telephone: 312/645-7800
                                                  Fax: 312/645-7711

2

E-Mail:  kmdonough@smsm.com
mmartin@smsm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January, 2008, a copy of ASSENTED TO MOTION OF DEFENDANT, CITY OF MARKHAM'S FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT foregoing was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Misty R. Martin_____
Misty R. Martin