**I** IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEVON ECTOR, | ) | |
| on behalf of herself and all others | ) | |
| similarly situated, | ) | |
| | ) | 07 CV 6116 |
| Plaintiffs, | ) | |
| | ) | Judge Grady |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| CITY OF MARKHAM, | ) | |
| | ) | |
| Defendant. | ) | |

**TO:**   **Lance A. Raphael, Stacy M. Bardo, Allison A. Krumhorn, The Consumer Advocacy Center P.C., 180 W. Washington, Ste. 700, Chicago IL 60602**

   **Aron D. Robinson, Law Office of Aron D. Robinson, 19 South LaSalle St., Ste. 1300, Chicago, IL 60603**

## NOTICE OF MOTION

PLEASE BE ADVISED that on the 9th day of January, 2008 at 10:30 a.m., we will present before the Honorable Judge Grady in Room 2201 of US District Court for the Northern District of Illinois, Chicago, Illinois, Defendant, CITY OF MARKHAM'S Assented to Motion for Enlargement of Time to Respond to Plaintiff's Complaint, a copy of which is attached hereto.

SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.


BY:   /s Misty R. Martin
      One of the Attorneys for
      Attorneys for Defendant, City of Markham

Kathleen McDonough, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, Illinois 60606
Tel:   (312) 645-7800
Fax:   (312) 645-7711

**PROOF OF SERVICE**

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of CITY OF MARKHAM'S Assented to Motion for Enlargement of Time to Respond to Plaintiff's Complaint was served on the party(ies) as above-addressed, by e-filing a copy(ies) of the same in an envelope, and hand delivered on this 7th day of January, 2008 to counsel of record.

                                                    __s/ Misty R. Martin_____