**I** IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR, <br> on behalf of herself and all others <br> similarly situated, <br><br>                 Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, <br><br>                 Defendant. | 07 CV 6116 <br><br> Judge Grady <br><br> Magistrate Judge Ashman |

**TO:** Lance A. Raphael, Stacy M. Bardo, Allison A. Krumhorn, The Consumer Advocacy Center P.C., 180 W. Washington, Ste. 700, Chicago IL 60602

Aron D. Robinson, Law Office of Aron D. Robinson, 19 South LaSalle St., Ste. 1300, Chicago, IL 60603

## NOTICE OF MOTION

PLEASE BE ADVISED that on the 16th day of January, 2008 at 10:30 a.m., we will present before the Honorable Judge Grady in Room 2201 of US District Court for the Northern District of Illinois, Chicago, Illinois, Defendant, CITY OF MARKHAM'S Motion to Dismiss Plaintiff's Complaint, a copy of which is attached hereto.

                SEGAL, McCAMBRIDGE, SINGER & MAHONEY, LTD.

                BY:   /s Misty R. Martin
                        One of the Attorneys for
                        Attorneys for Defendant, City of Markham

Kathleen McDonough, Esq.
Misty R. Martin, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
Sears Tower, Suite 5500
233 South Wacker Drive
Chicago, Illinois 60606
Tel:   (312) 645-7800
Fax:  (312) 645-7711

**PROOF OF SERVICE**

    I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of the Notice of Motion regarding Defendant CITY OF MARKHAM'S Motion to Dismiss Plaintiff's Complaint was served on the party(ies) as above-addressed, through the Court's E-filing System on this 11th day of January, 2008 to counsel of record.

                      BY:   /s Misty R. Martin
                                One of the Attorneys for
                                Attorneys for Defendant, City of Markham