## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jevon Ector
                      Plaintiff,

v.                                            Case No.: 1:07−cv−06116
                                                 Honorable John F. Grady

City of Markham
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge John F. Grady :Motion to dismiss [18] is entered and continued until 1/23/08 at 9:30 a.m. in Courtroom 1425. Motion hearing held on 1/16/2008 regarding motion to dismiss[18]. In Court hearing set for 1/23/2008 at 09:30 AM.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.