IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| JEVON ECTOR, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | 07 C 6116 |
| v. | ) ) ) | Judge Grady Magistrate Judge Ashman |
| CITY OF MARKHAM, | ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   See Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, February 20, 2008 at 9:30 a.m., Plaintiff's counsel shall appear before the Honorable Judge John Grady, presiding in Courtroom 2201 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present *Plaintiff's Unopposed Motion to Extend Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's Complaint*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Lance Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

## CERTIFICATE OF SERVICE

I, Kym Lozano, paralegal, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on January 30, 2008, I electronically filed the attached ***Plaintiff's Unopposed Motion to Extend Briefing Schedule on Defendant's Motion to Dismiss Plaintiff's Complaint*** with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Kathleen M. McDonough
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

/s/ Kym Lozano
Kym Lozano
Paralegal