IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR, <br> on behalf of herself and all others <br> similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MARKHAM, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) 07 C 6116 <br> ) <br> ) Judge Grady <br> ) Magistrate Judge Ashman <br> ) <br> ) <br> ) |

**NOTICE OF MOTION**

To:  See Certificate of Service

PLEASE TAKE NOTICE that on Wednesday, March 5, 2008 at 10:30 a.m., Plaintiff's counsel shall appear before the Honorable Judge John F. Grady, presiding in Courtroom 2201 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present *Plaintiff's Motion To Stay the Briefing Schedule And Set This Matter For Settlement Conference*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

/s/ Lance A. Raphael
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, IL 60603
(312) 857-9050

## **CERTIFICATE OF SERVICE**

      I, Kym Lozano, hereby certify under penalties of perjury according to 28 U.S.C. § 1748 that on February 22, 2008, I electronically filed the attached ***Plaintiff's Motion To Stay the Briefing Schedule And Set This Matter For Settlement Conference*** with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Kathleen M. McDonough
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

                                    /s/ Kym Lozano
                                    Paralegal