## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6116 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Ector vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Plaintiff's unopposed motion to extend briefing schedule on defendant's motion to dismiss plaintiff's complaint is withdrawn.   Plaintiff's motion to stay the briefing schedule and set this matter for a settlement conference is granted.   Status hearing set for 05/07/08 at 10:30 a.m. to set a settlement conference date.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|