# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6116 | **DATE** | May 27, 2008 |
| **CASE TITLE** | Ector v. City of Markham | | |

**DOCKET ENTRY TEXT**

Rule 16 conference held in chambers. This is a Section 1983 class action in which plaintiffs seek recovery for being overcharged for accident reports by the city of Markham. A settlement was reached at today's conference and the next step will be for the parties to move for class certification and preliminary approval of the settlement. (The court does approve of the settlement that was reached today, which seems a fair and equitable resolution of the dispute.)

     The case is set for a hearing on class certification and preliminary approval of this class settlement on July 9, 2008 at 10:30 a.m.

\_\_\_\_\_ [ For further details see text below.]     Docketing to mail notices.

:00

**STATEMENT**