IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF MARKHAM, <br><br> Defendant. | 07 CV 6116 <br><br> Judge Grady <br><br> Magistrate Judge Ashman |

## ASSENTED TO MOTION OF DEFENDANT, CITY OF MARKHAM'S TO CONTINUE THE PRELIMINARY APPROVAL HEARING FOR THE CLASS ACTION SETTLEMENT

Defendant, City of Markham, by and through its counsel, Segal McCambridge Singer & Mahoney, Ltd., moves this court for a continuance of the preliminary approval hearing for the class action settlement from July 9, 2008 to July 23, 2008. In support of this motion, Defendant states as follows:

1. Additional time is necessary to enable the parties to finalize the settlement documents to be presented to the court for approval.

2. This is Defendant's first request for a continuation of the hearing.

3. This request is made in good faith and will not cause any undue delay or unfair prejudice.

4. Counsel for Plaintiff assents to this request.

WHEREFORE, Defendant, City of Markham, respectfully requests that this Court grant this motion and enter an order continuing the preliminary approval hearing for the class action settlement from July 9, 2008 to July 23, 2008.

        Segal McCambridge Singer & Mahoney
        *One of the Defendant, City of Markham*

By: */s Misty R. Martin*
    Misty R. Martin, Esq.
    Kathleen McDonough
    Segal McCambridge Singer & Mahoney
    233 S. Wacker Drive, Suite 5500
    Chicago, IL 60606
    Telephone: 312/645-7800
    Fax: 312/645-7711
    E-Mail:   kmdonough@smsm.com
                   mmartin@smsm.com

1029400-1

## CERTIFICATE OF SERVICE

  I hereby certify that on this <sup>3rd day</sup> of July, 2008, a copy of the Motion for Continuance was filed electronically. Notice of this filing will be sent to all parties and counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                 *s/ Misty R. Martin*_____
                 Misty R. Martin

1029400-1