UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jevon Ector
      Plaintiff,

v.                Case No.: 1:07−cv−06116
              Honorable John F. Grady

City of Markham
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

  MINUTE entry before the Honorable John F. Grady:Defendant's motion to continue the preliminary approval hearing for the class action settlement is granted. The case is set for a hearing on class certification and preliminary approval of this class settlement on 7/23/2008 at 10:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.