## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6116 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Ector vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Hearing on motion for class certification and preliminary approval of class settlement held and continued to 07/30/08 at 10:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|