IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR,<br>on behalf of herself and all others<br>similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITY OF MARKHAM,<br><br>       Defendant. | )<br>)<br>)<br>)  07 CV 6116<br>)<br>)  Judge Grady<br>)<br>)  Magistrate Judge Ashman<br>)<br>)<br>) |

### NOTICE OF FILING

To:    See Certificate of Service

     PLEASE TAKE NOTICE that on July 28, 2008, the undersigned counsel filed the *Parties' Joint Motion for Preliminary Approval of a Class Action Settlement Agreement*, a copy of which is attached hereto and hereby served upon you.

                                                Respectfully submitted,

                                                By: /s/ Stacy M. Bardo
                                                One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street
Suite 1300
Chicago, IL 60603
(312) 857-9050

## CERTIFICATE OF SERVICE

I, Stacy Bardo, hereby certify under penalties of perjury according to 28 U.S.C. § 1746 that on July 28, 2008, I electronically filed the attached *Parties' Joint Motion for Preliminary Approval of a Class Action Settlement Agreement* with the Clerk of the Court using the CM/ECF system, which provides electronic notice to the following counsel of record:

Kathleen M. McDonough
Misty R. Martin
Segal McCambridge Singer & Mahoney
Sears Tower
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle Street
Suite 1300
Chicago, IL 60603

/s/ Stacy Bardo