Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6116 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Ector vs. City of Markham | | |

**DOCKET ENTRY TEXT**

Hearing on the joint motion for a preliminary approval of the class action settlement held. Joint motion for preliminary approval of the class action settlement is granted. Enter preliminary approval order of the class action settlement. Defendant's motion to dismiss [18] is withdrawn. Status hearing and class settlement set for 10/29/08 at 10:30 a.m.

Docketing to mail notices.

00:10

FILED
2008 JUL 31 PM 5:06
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | JD |
|---|---|---|