IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JEVON ECTOR, on behalf of herself and all others similarly situated,  Plaintiffs,  v.  CITY OF MARKAM,  Defendant. | 07 CV 6116  Judge Grady  Magistrate Judge Ashman |

**Notice of Change of Firm Address**

Please be advised that the address of the Law Office of Aron D. Robinson has changed:

The new address is:

      Law Office of Aron D. Robinson
      19 S. LaSalle St.
      Suite 1200
      Chicago, IL 60603

Note only the suite number has changed from 1300 to 1200. All other information (Phone fax and e-mail) remain the same. Please mark your files and service lists accordingly.

                                                 _____
                                                 Aron Robinson

Aron D. Robinson
Law Office of Aron D. Robinson
19 South LaSalle, Suite 1200
Chicago, IL 60603
(312) 857-9050
Firm No. 35546